THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN SEAFOODS COMPANY LLC,<br><br>        Defendant. | Civil Action No. 2:21-cv-00398 BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

COME NOW the parties above named, through their respective counsel of record, and stipulate to the entry of an Order of Dismissal, with prejudice and without costs to either party, for the reason that the parties have reached a full and final settlement of this matter.

DATED this 26th day of October, 2021.

LE GROS BUCHANAN & PAUL

By: *s/ Markus B. G. Oberg*
   Markus B.G. Oberg, WSBA #34914
   4025 Delridge Way SW, Suite 500
   Seattle, WA 98106-1271
   Telephone: (206) 623-4990
   Fax: (206) 467-4828
   Email: moberg@legros.com;
   *Attorneys for Defendant*

LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

By: *s/ Jason R. Margulies*
   Jason R. Margulies, WSBA #54741
   One Biscayne Tower, Suite 1776
   2 South Biscayne Boulevard
   Miami, FL 33131
   Telephone: (305) 373-3016
   Fax: (305) 373-6204
   Email: jmargulies@lipcon.com
   *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. 2:21-cv-00398 BJR) – Page 1

{29669-00745281;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

IT IS ORDERED that the above-captioned lawsuit be and hereby is DISMISSED WITH PREJUDICE and without any award of fees or costs to any party.

DATED THIS 26th day of October, 2021.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

| LE GROS BUCHANAN & PAUL | LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A. |
|---|---|
| By: *s/ Markus B. G. Oberg*<br>Markus B.G. Oberg, WSBA #34914<br>4025 Delridge Way SW, Suite 500<br>Seattle, WA 98106-1271<br>Telephone: (206) 623-4990<br>Fax: (206) 467-4828<br>E-mail: moberg@legros.com;<br>*Attorneys for Defendant* | By: *s/ Jason R. Margulies*<br>Jason R. Margulies, WSBA #54741<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-3016<br>Fax: (305) 373-6204<br>Email: jmargulies@lipcon.com<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. 2:21-cv-00398 BJR) – Page 2
{29669-00745281;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990